1

**ORDR**
**GABRIEL L. GRASSO, ESQ.**
**State Bar Number 7358**

2

**231 South Third Street, Suite 100**
**Las Vegas, Nevada 89101**

3

**(702) 868-8866**

4

**Attorneys for CROFT**

5

## UNITED STATES DISTRICT COURT

6

## IN AND FOR THE STATE OF NEVADA

7

8

UNITED STATES OF AMERICA,          )
                                   )

9

                Plaintiff,          )
                                   )          Case No.:    2:13-cr-00054-RCJ-CWF

10

                                   )                       2:13-cr-00019-RCJ-CWF
                                   )

11

vs.                                )
                                   )          **ORDER**

12

JOSHUA CROFT,                      )
                                   )

13

                                   )
                                   )

14

                Defendant.          )
                                   )

15

16

      **IT IS HEREBY ORDERED** that, Gabriel L. Grasso, counsel for JOSHUA CROFT

17

ID # 47530048, shall be provided facilities at Nevada Southern Detention Center to

18

review electronic discovery, both in audio and video form, with Joshua Croft before

Friday, November 29, 2013.

19

      DATED this 14th day of November, 2013.

20

21

22

                  /s/  Gabriel L. Grasso

23

                GABRIEL L. GRASSO
                Attorney for CROFT

24

25

26

IT IS SO ORDERED:

27

                UNITED STATES DISTRICT JUDGE

28

                DATED:  November 15, 2013.