```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           DEC 1 1 2013

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JOSHUA CROFT,<br><br>　　　　　　Defendant. | Case No.: 2:13-CR-0019-RCJ-GWF<br>Case No.: 2:13-CR-0054-RCJ-CWH<br><br>**CONSENT OF DEFENDANT** |

Defendant, **JOSHUA CROFT**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

X _____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this ___11___ day of ___December___, 2013.

APPROVED:

_____
ROBERT C. JONES
Chief United States District Judge