Lance Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant
JOSHUA CROFT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA CROFT, )<br>)<br>Defendant. )<br>_____ ) | 2:13-cr-00019-RCJ-CWH<br>2:13-cr-00054-RCJ-CWH<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY JUDGMENT OF CONVICTION (ECF NO. 149)** |

COMES NOW Defendant, JOSHUA CROFT, by and through his attorneys of record, Lance Maningo of Maningo Law and Lauria Lynch-German of counsel, Maningo Law, and hereby moves this Court for Order modifying the judgment of conviction.

Mr. Croft came before this Court on September 22, 2020 for resentencing following a successful appeal in case number 2:13-cr-00019. The Court heard argument from all parties with regard to the sentencing and sentenced Mr. Croft to 100 months on each count to run concurrently.

1

The Court did not solicit any recommendations from the Defendant in regard to housing or location designation and undersigned counsel failed to ask the Court to consider recommendations. The only recommendation the Defendant would respectfully submit to this Court is that he be housed within 500 miles of Las Vegas as allowed by Bureau of Prisons guidelines.

Dated this 29th[th] day of September, 2020.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge