RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for Joshua Croft

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSHUA CROFT,<br><br>        Defendant. | Case No. 2:13-CR-00054-RCJ-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kenneth Nicholas Portz, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for Joshua Croft, that the Revocation Hearing currently scheduled on October 19, 2021 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel needs additional time to gather witnesses

   2.   The defendant is in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

1. This is the first request for a continuance of the revocation hearing.

2. DATED this 15th day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Annie J. Youchah*<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | By */s/ Kenneth Nicholas Portz*<br>KENNETH NICHOLAS PORTZ<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA CROFT,<br><br>　　　　Defendant. | Case No. 2:13-CR-00019-RCJ-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 19, 2021 at 11:00 a.m., be vacated and continued to <u>Tuesday, 11/9/2021</u> at 10:00 a.m. before Judge Robert C. Jones. Defendant Joshua Croft shall appear by video from CCA Room #8 at the Nevada Southern Detention Center.

　　DATED this 18th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

3