**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>JOSHUA CROFT,<br><br>        Defendant. | Case No: 2:13-cr-00054-KJD-DJA<br><br>**FINDINGS OF FACT, AND ORDER** |

The Court having considered the Stipulation between the Plaintiff, United States of America, by and through K. NICHOLAS PORTZ, Esq., United States Attorney and Defendant, Damian R. Sheets, Esq., counsel for Defendant, JOSHUA CROFT, and makes the following findings of fact and conclusions of law and enters the following order:

**FINDINGS OF FACT**

Counsel for the Government was advised by Damian R. Sheets, Esq., counsel for Defendant, JOSHUA CROFT, that Defense Counsel needs further time to review discovery and prepare for trial.

1. The parties anticipate that the revocation hearing will require the personal appearance of numerous witnesses and will require at least a full day of testimony.
2. Defense Counsel is new to the case, and recently was provided some discovery, however there is additional discovery that Defense Counsel is in the process obtaining from the United States Attorney's office and will require time to review and adequately prepare for the hearing.
3. The defendant is detained and does not object to the continuance.
4. The defendant is requesting, however, the first available new setting for the hearing, keeping in mind the Government's need to obtain its witnesses.
5. The parties agree to the continuance.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in this matter moving forward on the presently scheduled date.

7. This is the parties' third request to continue the date of the revocation hearing

## **ORDER**

Based on the pending Stipulation of the parties and good cause appearing therefore,

**IT IS THEREFORE ORDERED** that the revocation hearing in this matter currently scheduled January 4, 2022 be vacated and continued to February 8, 2022 at the hour of 10:00 a.m. in courtroom 4A.

DATED this 3rd day of January, 2022.

_____
United States District Judge